# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00775-CV

**Jason Hodge, Appellant**

**v.**

**Amanda Carter, Independent Administrator of the Estate of Quinton Hodge, Jr., a/k/a J. Q. Hodge, Jr., Appellee**

### FROM THE 335TH DISTRICT COURT OF LEE COUNTY
### NO. 16,588, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jason Hodge has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed: October 17, 2024